IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT I. SERRANO, | NO. 2:24-cv-00988-MCS-AGR |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |
| v. | |
| EDWARD J. BORLA, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED as follows:

(1) Petitioner is GRANTED leave to file a First Amended Petition for Writ of Habeas Corpus that contains only Grounds One, Three and Four within 30 days after entry of this Court' order; and

(2) Petitioner's motion for leave to add any other ground contained in the proposed First Amended Petition is DENIED without prejudice. In summary,

Petitioner's challenge to denial of parole must be made, if at all, in a separate petition for writ of habeas corpus and cannot be combined with his challenge to resentencing.  Petitioner's challenge to his housing must be made, if at all, in a separate civil rights action.  If Petitioner wishes to challenge his convictions again, he must first file an application in the Ninth Circuit for an order authorizing the district court to consider the application.  28 U.S.C. § 2244(b).

This action is referred back to the Magistrate Judge for further proceedings.

DATED:  April 23, 2025

_____
MARK C. SCARSI
United States District Judge