Gilbert I. Serrano, Sr/P-42238
CTF-North-Facility-LB103L.
P. O. Box 705
Soledad, Ca 93960-0705

In Propia Persona.

FILED
CLERK, U.S. DISTRICT COURT
AUG 31 2026
CENTRAL DISTRICT OF CALIFORNIA
BY AF DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA.

Gilbert I. Serrano, Sr.,

Petitioner,

Vs.

Ms. Cynthia Rojas/Edward J. Borla, Warden of the Correctional Training Facility ("CTF"),

Respondents.

CASE NUMBER: 2:24-cv-00988-MCS(AS).

MOTION TO UNSEAL MEDICAL, DENTAL RECORDS, AND RECANTED TESTIMONY OF THE SAID VICTIM, AND SEALED BY PREVIOUS MAGISTRATE JUDGE AND ATTORNEY GENERAL OF THE STATE OF CALIFORNIA.

TO THE ABOVE HONORABLE COURT COMES PETITIONER, GILBERT I. SERRANO, SR., WITH MOTION TO UNSEAL MEDICAL, DENTAL RECORDS, AND RECANTED TESTIMONY OF THE SAID VICTIM, AND SEALED BY PREVIOUS MAGISTRATE JUDGE AND ATTORNEY GENERAL OF CALIFORNIA.

## INTRODUCTION.

Petitioner, Gilbert I. Serrano, Sr., a prisoner at the Correctional Training Facility ("CTF"), years ago submitted and filed his Writ of Habeas Corpus in the above case name and number, with the exception that Mr. Borla was the Warden at the time, now is Ms. Cynthia Rojas, Warden (A). The Writ originally contained nine grounds with nine supporting facts. Magistrate Judge after numerous of granted extensions of time from the Attorney General "Ordered Petitioner" to "Amend" the Petition for Writ of Habeas Corpus. By the granting of Ms. Xiomara Costellos requests it became clear that the Magistrate Judge was being bias in the case.

The case continued and Petitioner not being an attorney didn't clear understand or when he objected all was granted in favor of the Attorney General. More extensions of time were granted; finally, Ms. Costello responded to the Writ of Habeas Corpus and requested that medical, dental records, and recanted testimony be sealed. The Judge again, granted her motions to seal.

Ms. Costello and the Court "Ordered Petitioner" to amend the Petition for Writ of Habeas Corpus. Petitioner not agreeing with the Court did so, and it became the "Second Amendmed Petition," with grounds 1, 3, and 4. Every time Petitioner filed a document or was "Ordered to Amend the Petition," Ms. Costello would filed Motions to seal the evidence in the case, she filed 4 motions to seal the victim's medical, dental records, and the recanted testimony. Finally, Ms. Costello was reassigned from the case, and the case is now in the hands of: Ms. Stefanie Yee, Deputy Attorney General for California.

Petitioner could not understand and still doesn't understand how the Magistrate Judge did what she did in the case. On Tuesday, May 19, 2026, Petitioner complaint about the Magistrate Judge and filed a Motion To Remove Alicia G. Rosenberg, Magistrate Judge In Gilbert I. Serrano, Sr., Criminal Case. On the same date that Petitioner submitted his motion, "Order of the Chief Magistrate Judge 26-081 was entered" and Petitioner's case was assigned to Magistrate Judge Alka Sagar.

Petitioner is humbly requesting from this Court to go back to the original Writ of Habeas Corpus and to unseal the evidence that pertains to this case, because Petitioner has clearly suffered the following in this case:

* Impairment to active litigation,
* Delay and prejudice in pursuing legal claims,
* Emotional distress and mental anguish by the actions of the Magistrate Judge,
* Anxiety and uncertainty, and psychological suffering where clearly Petitioner has served more than enough time in a case that he clearly did not commit,
* Prolonged deprivation of Constitutional Protections and by a Magistrate Judge.

For all the stated in this motion Petitioner requests that he be allow to proceed with his original Petition for Writ of Habeas Corpus, and all evidence be heard in the case. This Court to grant expert witnesses to examine the evidence and to release a prisoner that has served over 27 years of incarceration on allegations that the victim now has changed; and there's more than enough medical and dental records to come up with a different outcome in this case, instead of having an innocent person suffer longer incarceration, by doing so, this Court would be doing it 'in the interest of justice.' With the evidence that this Court now has, and the Attorney General has sealed, there's no way that a reasonable juror would have convicted the Petitioner and in the light of the new evidence. A Court must take the new evidence seriously and that the constitutional errors do not result in further incarceration of "innocent person." Petitioner was resentenced the recanted testimony was not properly presented by Mr. David Marsh and all the violations that Occur on the partial hearing are clearly discuss in the current petition for Writ of Habeas Corpus, and for those reasons and in the interest of justice the Petition for Writ of Habeas Corpus must be granted.

Petitioner must be release from this "unauthorized sentence," and immediately to avoid further constitutional violations.

DATE:Monday, August 24, 2026.

Sincerely by, [signature]
Gilbert I. Serrano, Sr.
In Propia Persona.

# PROOF OF SERVICE
# BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Gilbert I. Serrano, Sr., , declare:

I am over 18 years of age and a party to this action. I am domiciled in Correctional Training Facility (CTF), a California State Prison, in the county of Monterey. The address at this facility is P.O. Box 705, Soledad, CA 93960.

On Monday, August 24, 2026., , I served the attached:

MOTION TO UNSEAL MEDICAL, DENTAL RECORDS, AND RECANTED TESTIMONY OF THE SAID VICTIM, AND SEALED BY PREVIOUS MAGISTRATE JUDGE AND ATTORNEY HENERAL OF THE STATE OF CALIFORNIA.

On the parties herein by placing true and correct copies thereof, enclosed in an unsealed envelope, with the postage thereon fully paid, verified by, and given to prison staff, for deposit in the United States Mail provided at the above-named Correctional Institution in which I am confined. The envelope was addressed as follows:

Office of the Clerk of the Court for
the Central District of California.
255 East Temple Street, Room 180.
Los Angeles, California 90012-1230

Ms. Stefanie Yee, Deputy Attorney
General for the State of California.
300 South Spring Street, Suite 1702.
Los Angeles, California 90013-1230

Ms. Cynthia Rojas/Edward J. Borla,
Warden of Correctional Training Facility ("CTF").
P. O. Box 689
Soledad, California 93960-0689

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th. day of August , 2026. . By: [signature]
Gilbert I. Serrano, Sr
In Propia Persona.

**Prison Mailbox Rule**

Under the "Prison Mailbox Rule" a prisoner's legal document is deemed filed, for statute of limitation purposes, when he hands it over to prison authorities for mailing [*Houston* v. *Lack* (1998) 487 U.S. 266. 274; *Huizar* v. *Carey* (9th Cir. 2001) 273 F.3d 1220. 1222.] The mailbox rule applies to prisoners filing in both federal and state courts.[*Huizar*. 2783 F.3d at p. 1223.] *Silverbrand* v. *County of Los Angeles* (2009) 46 Cal. 4th 106, 119-130.

Gilbert I. Serrano, Sr/P-42238
CIF-North-Facility-LB103L.
P. O. Box 705
Soledad, Ca 93960-0705

US POSTAGE PITNEY BOWES
FIRST-CLASS
ZIP 93960 $ 001.07⁰
02 7W
0008041774 AUG 27 2026

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 31 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

AS

Office of the Clerk of the Court for the
Central District of California.
255 East Temple Street, Room 180.
Los Angeles, Ca 90012-1230

8/26/26 10172