JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GILBERT I. SERRANO,

Petitioner,

v.

EDWARD J. BORLA, Warden,

Respondent.

Case No. CV 24-988-MCS(AS)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: October 16, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE